UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS GARCIA, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

SBKU SERVICES INC. d/b/a KUMO SUSHI & STEAKHOUSE, TONY LAM, BOBBY LAM, and JANE DOE,

                Defendants.
------------------------------------------------------------------X

Case No. 17-CV-3130
(JMA) (ARL)

**NOTICE OF MOTION FOR DISCLOSURE OF FLSA ACTION**

**PLEASE TAKE NOTICE** that, upon the Declaration of Justin Cilenti and the exhibits annexed thereto, and Plaintiff's Declaration, Plaintiff, by and through his attorneys Cilenti & Cooper, PLLC, shall move this Court, before the Honorable Joan M. Azrack, U.S.D.J., at the Courthouse located at 100 Federal Plaza, Central Islip, New York, for an Order:

(i) authorizing Plaintiff to disclose the pendency of this lawsuit to potential opt-in collective action members pursuant to Section 216(b) of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.*;

(ii) compelling defendants to furnish the names, last known addresses, and telephone numbers of all current and former non-managerial employees employed by the defendants during the Collective Action Period;

(iii) authorizing Plaintiff to circulate a Court-Authorized Notice and Opt-In & Consent to Join forms to all potential collective action members; and

(iv) granting such other and further relief as this Court deems just and proper.

Attached to the Declaration of Justin Cilenti as Exhibit "C," please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO DISCLOSE THIS FLSA ACTION TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED.

Dated: New York, New York
       August 17, 2017

                              Respectfully submitted,

                              CILENTI & COOPER, PLLC
                              *Attorneys for Plaintiff*
                              708 Third Avenue – 6th Floor
                              New York, New York 10017
                              T. (212) 209-3933
                              F. (212) 209-7102

                            By: _____
                                   Giustino (Justin) Cilenti (GC 2321)

TO:

John P. Ruggerio, Esq.
Canfield-Ruggerio, LLP
1461 Franklin Avenue
Garden City, New York 11530
(516) 294-4180
Attorneys for Defendants

2