UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS GARCIA, on behalf of himself and others similarly situated,

                         Plaintiff,

-against-

SBKU SERVICES INC. d/b/a KUMO SUSHI & STEAKHOUSE, TONY LAM, BOBBY LAM, and JANE DOE,

                         Defendants.
------------------------------------------------------------------X

Case No. 17-CV-3130
(JMA) (ARL)

## PLAINTIFF'S NOTICE OF MOTION FOR ENTRY OF JUDGMENT FOR ATTORNEYS' FEES AND COSTS

**PLEASE TAKE NOTICE** that, pursuant Fed. R. Civ. P. 54(d), as well as 29 U.S.C. § 216(b) and New York Labor Law §§ 198(1-a) and 663(1), and upon the Declaration of Justin Cilenti, dated March 20, 2020, and the accompanying Memorandum of Law, plaintiff Luis Garcia ("Plaintiff"), by and through his counsel, Cilenti & Cooper, PLLC, hereby moves this Court, before the Honorable Joan M. Azrack, U.S.D.J., in the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an Entry of Judgment in favor of Plaintiff's attorneys, Cilenti & Cooper, PLLC, against defendants SBKU Services Inc., Tony Lam, and Robert ("Bobby") Lam ("Defendants"), jointly and severally, for attorneys' fees and costs in the amount of $55,807.10.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule set forth between the parties, Defendants' opposition papers are to be filed on or before May 11, 2020; and, Plaintiff's reply papers, if any, are to be filed on or before May 25, 2020.

Dated: New York, New York
       March 20, 2020

                                        Respectfully submitted,

                                        CILENTI & COOPER, PLLC
                                        *Attorneys for Plaintiff*
                                        10 Grand Central
                                        155 East 44th Street – 6th Floor
                                        New York, New York 10017
                                        T. (212) 209-3933
                                        F. (212) 209-7102

                                        By: _____
                                              Justin Cilenti

TO:

John P. Ruggiero, Esq.
Canfield-Ruggiero, LLP
1461 Franklin Avenue
Garden City, New York 11530
(516) 294-4180
Attorneys for Defendants