**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUIS GARCIA, on behalf of himself and others
similarly situated,

                          Plaintiff,

      - against -

SBKU SERVICES, INC., doing business as
Kumo Sushi & Steakhouse, TONY LAM,
BOBBY LAM, and JANE DOE,

                       Defendants.
------------------------------------------------------------X

**JUDGMENT FOR ATTORNEY'S**
**FEES AND COSTS**
CV 17-3130 (JMA)(ARL)

      A Memorandum and Order of Honorable Joan M Azrack, United States District Judge, having been filed on March 30, 2021; adopting the February 25, 2021 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay as the opinion of the Court with the minor modification; granting in part and denying in part Plaintiff's motion for attorney's fees and costs; awarding $37,563.50 in attorney's fees and $1,777.10 in costs for a total of $39,340.60; and directing the Clerk of the Court to enter judgment against accordingly and to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff's motion for attorney's fees and costs is granted in part and denied in part; that Plaintiff Luis Garcia is awarded attorney's fees and costs in the amount of $39.340.60 as against Defendants SBKU Services, Inc., Tony Lam, Bobby Lam, and Jane Doe; and that this case is closed.

Dated: March 30, 2021
         Central Islip, New York

                               DOUGLAS C. PALMER
                               CLERK OF THE COURT
                    By:    /s/ James J. Toritto
                               Deputy Clerk